FILED
CHARLOTTE, NC

MAY 07 2012

US DISTRICT COURT
WESTERN DISTRICT OF NC

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

3:03-Cr-220

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff | ) | ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| BOBBY LEE WATSON, | ) | |
| | ) | |
| Defendant | ) | |

THIS MATTER is before the Court on an Order of Remand from the United States Court of Appeals for the Fourth Circuit.

UPON HOLDING a new Sentencing for the Defendant, the Court determined that the Defendant has effectively served a sentence of imprisonment within the advisory United States Sentencing Guideline Range (when the Court considers time off for good behavior which the Defendant presumably would have received from the United States Bureau of Prisons).

THEREFORE, the Court sentenced the Defendant to a sentence of time served, after calculating the advisory Guidelines, determining if there is any statutory impact on the Guideline range, and considering all the sentencing factors set forth in 18 U.S.C. § 3553(a).

AND THEREFORE, since the Defendant has served his lawful term of imprisonment, the United States Marshal for the Western District of North Carolina is ORDERED to release the Defendant from custody no later than 11:59 p.m., Monday, May 7, 2012, and NOT return the Defendant to the United States Bureau of Prisons.

The Clerk of Court is directed to certify copies of this ORDER to the United States Marshals

Service and the United States Bureau of Prisons.

IT IS SO ORDERED.

*signature*
FRANK D. WHITNEY
United States District Judge